IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.W., by and through her parent and guardian, ROSEANN LABRAKE, individually and on behalf of all others similarly situated,<br><br>        v.        Plaintiff,<br><br>CDHA MANAGEMENT, LLC d/b/a CHORD SPECIALTY DENTAL PARTNERS and SPARK DSO, LLC d/b/a CHORD SPECIALTY DENTAL PARTNERS,<br><br>        Defendants. | Case Number: 5:25-cv-02453-WB |

## ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Mariya Weekes__, Esquire as counsel for Plaintiff, E.W., by and through her parent and guardian, Roseann Labrake. _____ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number _____

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, _____ Mariya Weekes _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _____ Plaintiff Labrake _____. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| State of Florida | 9/23/2008 | 56299 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| | Please see Exhibit A | |
|---|---|---|
| (Court where admitted) | (Admission Date) | |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for **Plaintiff, E.W., by and through her parent and guardian, Roseann Labrake.**

Name of Attorney: Mariya Weekes - Milberg Coleman Bryson Philips Grossman, PLLC

Firm Address: 201 Sevilla Ave., 2nd Floor, Coral Gables, FL 33134

Telephone Number: (786) 206-9057

Email Address: mweekes@milberg.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/19/2025
(Date)

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Mariya Weekes_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Benjamin F. Johns | _(signature)_ | 10/13/2005 | 201373 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Shub Johns & Holbrook LLP, 200 Barr Harbor Dr., Ste. 400, Consohohocken, PA  19428

Telephone: (610) 477-8380

E-mail: bjohns@shublawyers.com

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on  5/19/2025               _(signature)_
   (Date)                                            (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : | Case Number: 5:25-cv-02453-WB |
|   | : |   |
|   | : |   |
| v. | : |   |
|   | : |   |
|   | : |   |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Mariya Weekes__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

via ECF to all counsel of record.

_____
(Signature of Attorney)

Benjamin F. Johns
(Name of Attorney)

Mariya Weekes
(Name of Moving Party)

5/192025
(Date)

| EXHIBIT A | | |
|---|---|---|
| **Court:** | **Date of Admission:** | **Bar No.** |
| State Bar of Florida | 9/23/2008 | 56299 |
| U.S. District Court for the Middle District of Florida | 10/5/2023 | |
| U.S. District Court for the Northern District of Florida | 10/6/2023 | |
| U.S. District Court for the Southern District of Florida | 4/24/2009 | |
| U.S. District Court for the Eastern District of Michigan | 11/20/2024 | |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )        In Re:  0056299
Mariya Weekes
Milberg, Coleman, Phillips, LLC
201 Sevilla Ave Ste 200
Coral Gables, FL 33134-6629

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  19th  day of **May, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-345989